IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEOVERA SPECIALTY INSURANCE CO., | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | |
| | ) 10-00528-CB-N |
| v. | |
| | ) |
| KEITH B. GLINES, DEBORAH A. GLINES and JONATHAN MICHAEL GLINES, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Pursuant to separate order entered this date granting Plantiff's motion for summary judgment, it hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff GeoVera Specialty Insurance Company owes no duty of defense or indemnification to any of the above-named Defendants under GeoVera Homeowners Insurance Policy Number GC0001581 for the incident giving rise to *Jerry Wallace Porter, Jr. v. Jonathan Michael Glines, et al.*, Case No. 201-900.806.00 in the Circuit Court of Baldwin County, Alabama.

**DONE** this the 26th day of September, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**